THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 2:21-cv-14421

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

HTR SERVICES INC. d/b/a PURE TAX RESOLUTION and TIMOTHY C. HALCOMB,

    Defendants.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendants HTR Services Inc. d/b/a Pure Tax Resolution ("Pure Tax Resolution") and Timothy C. Halcomb ("Halcomb") (collectively, the "Defendants"), and alleges as follows:

## THE PARTIES

1.    Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2.    Pure Tax Resolution is a limited liability company organized and existing under the laws of the State of Michigan with its principal place of business located at 2195 S. Milford Road, Suite B, Milford, MI 48381.  Pure Tax Resolution's agent for service of process is Timothy Halcomb, 2195 S. Milford Road, Suite B, Milford, MI 48381.

3.    Halcomb is an individual who is a citizen of the State of Michigan residing at 4910 Cooley Lake Road, Commerce Township, MI 48382.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Defendants pursuant to Fla. Stat. §§ 48.193(1)(a)(2) because they committed a tortious act within this state, and the exercise of personal jurisdiction over them would not offend traditional notices of fair play and substantial justice. "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state. Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida." Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)). Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was posted.") (collecting cases).

6. Further, Defendants specifically market to and target consumers throughout the State of Florida, purporting to have offices in West Palm Beach, Tampa, and other municipalities (despite the fact that Defendants do not appear to be registered to do business with Florida's Division of Corporations).

7.     Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendants or their agents reside or may be found in this district.  "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant."  Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004).  "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'"  McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

### I.     Plaintiff's Business and History

8.     Plaintiff was created as a Florida corporation in June 2005.  Plaintiff's sole shareholder is Robert Stevens.

9.     For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

10.    Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

11.    Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients.  He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not

limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

12.     Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

13.     Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

14.     Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "Photography by Robert Stevens" to the bottom left or right corner thereof.  Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

**II.     The Work at Issue in this Lawsuit**

15.     In 2005, Plaintiff created a professional aerial photograph (titled "Downtown West Palm Beach") (the "Work") of downtown West Palm Beach, FL.

16.     Consistent with Plaintiff's general practices, the Work contains (in the bottom right corner) Plaintiff's copyright management information as follows: "Photography by Robert Stevens."  A copy of the Work is exhibited below.



17. The Work was registered by Plaintiff with the Register of Copyrights on March 13, 2013 and was assigned Registration No. VA 1-850-334. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **<u>Exhibit "A."</u>**

18. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendants' Unlawful Activities

19. Pure Tax Resolution purports to be a nationwide tax resolution firm. Pure Tax Resolution primarily markets its services through various iterations of the same website (https://puretaxhelp.com/) that change slightly to correlate with the geographic location at issue. One such iteration of the website is published at https://westpalmbeach-fl.puretaxhelp.com/ and specifically targets/caters to consumers in the West Palm Beach area.

20. Halcomb is the founder, President, and sole shareholder of Pure Tax Resolution.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

Halcomb has exclusive control over the business activities of Pure Tax Resolution, including but not limited to the infringing activities that are the subject of this lawsuit.

21. On a date after Plaintiff's above-referenced copyright registration of the Work, Halcomb caused the Work to be published on Pure Tax Resolution's website (at https://westpalmbeach-fl.puretaxhelp.com/) in connection with the marketing of tax resolution services in South Florida:





22. In publishing the Work online, Defendants cropped the Work so as to remove Plaintiff's copyright management information. The remaining details of the photograph, however, unequivocally show the two photographs to be the same. A true and correct copy of screenshots of Pure Tax Resolution's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

23. The foregoing display of the Work on Shady Acres' Facebook page was accessible and was in fact accessed from persons in the State of Florida.

24. Defendants are not and have never been licensed to use or display the Work. Defendants never contacted Plaintiff to seek permission to use the Work in connection with their business or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendants on notice that the Work was not intended for public use.

25. Defendants utilized the Work for commercial use – namely, in connection with their marketing and advertising of Pure Tax Resolution's business.

26. Upon information and belief, Defendants located a copy of the Work on the internet (with the copyright management information still intact) and, rather than contact Plaintiff to secure a license, simply copied the Work for their own commercial use.

27. Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work in September 2021. Following Plaintiff's discovery, Plaintiff notified Defendants in writing of such unauthorized use. To date, however, Plaintiff has been unable to negotiate a reasonable license for the past infringement of its Work..

28. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT
**(Pure Tax Resolution)**

29.     Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

30.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

31.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

32.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Pure Tax Resolution had access to the Work prior to its own reproduction, distribution, and public display of the Work on its own website.

33.     Pure Tax Resolution reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

34.     By its actions, Pure Tax Resolution infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Pure Tax Resolution's own commercial purposes.

35.     Pure Tax Resolution's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  Notably, Pure Tax Resolution utilizes a copyright disclaimer on its own website: "Copyright © 2016 West Palm Beach Pure Tax."  Further, Pure Tax Resolution has at least three experienced tax attorneys as part of its management team (together with Holcomb who has years of business experience). Defendants clearly understand that professional photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply

be copied from the internet.

36. Plaintiff has been damaged as a direct and proximate result of Pure Tax Resolution's infringement.

37. Plaintiff is entitled to recover its actual damages resulting from Pure Tax Resolution's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Pure Tax Resolution's profits from infringement of the Work, which amounts shall be proven at trial.

38. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

39. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Pure Tax Resolution's conduct.

40. Pure Tax Resolution's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Pure Tax Resolution as follows:

a. A declaration that Pure Tax Resolution has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

    f. Permanently enjoining Pure Tax Resolution, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Pure Tax Resolution, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

    g. For such other relief as the Court deems just and proper.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION
**(All Defendants)**

41. Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

42. As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

43. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17 U.S.C. § 1202(b). Defendants did not simply recklessly copy the Work in a pre-altered state – Defendants themselves deliberately caused the copyright management information to be removed.

44. Defendants committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

45. If Defendants did not remove the copyright management information themselves, Defendants caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

46. As a direct and proximate result of Defendants' conduct in removing the foregoing

copyright management information, Plaintiff has been damaged.

47.  Defendants' conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Defendants.

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

a. A declaration that Defendants have violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

b. A declaration that such violation is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $25,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendants, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

g. For such other relief as the Court deems just and proper.

### **COUNT III – VICARIOUS COPYRIGHT INFRINGEMENT**
**(Halcomb)**

48. Plaintiff re-alleges and incorporates paragraphs 1 through 28 as set forth above.

49. As evidenced above, Pure Tax Resolution infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, publicly displaying, and removing copyright management information from the Work for its own commercial purposes.

50. As the founder, President, and sole shareholder of Pure Tax Resolution, Halcomb has the right and ability to control the infringing acts of Pure Tax Resolution, yet declined or failed to stop Pure Tax Resolution from engaging in its infringing activity – indeed, Halcomb is the individual who caused the infringement to occur.

51. Halcomb obtained a direct financial benefit from Pure Tax Resolution's infringing activities. As the President and sole shareholder of Pure Tax Resolution, Halcomb receives profit distributions therefrom and, upon information and belief, pays himself a salary therefrom.

52. As a direct and proximate result of Halcomb's vicarious copyright infringement, Plaintiff has been damaged. See, e.g. Broad. Music, Inc. v. Evie's Tavern Ellention, Inc., No. 8:11-cv-2056-T-17TBM, 2011 U.S. Dist. LEXIS 137720, at *5-8 (M.D. Fla. Nov. 30, 2011) ("Because Defendants, Evie's and Evanoff, benefited from the performances and admitted they owned, controlled, managed, and operated Evie's, they are vicariously liable for the infringement."); LaTele TV C.A. v. Telemundo Communs. Grp., LLC, No. 12-22539-CIV-ROSENBAUM, 2013 U.S. Dist. LEXIS 43488, at *32 (S.D. Fla. Mar. 26, 2013) ("[P]leading facts sufficient to pierce the corporate veil is not required in order to state a cause of action for vicarious copyright infringement.").

**WHEREFORE**, Plaintiff demands judgment against Halcomb as follows:

a. An award of actual damages and disgorgement of profits as the Court deems proper or, at

Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

b. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

c. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

d. Permanently enjoining Halcomb, his employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Halcomb, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

e. For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: October 22, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq._____
　　 Daniel DeSouza, Esq.
　　  Florida Bar No.:  19291
　　  James D'Loughy, Esq.
　　  Florida Bar No.: 0052700

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
VA 1-850-334

**Effective date of registration:**
March 13, 2013

---

## Title
**Title of Work:** Downtown West Palm Beach 8/21/2005

## Completion/Publication
**Year of Completion:** 2005
**Date of 1st Publication:** August 21, 2005       **Nation of 1st Publication:** United States

## Author
- **Author:** Affordable Aerial Photography Inc.
  **Author Created:** photograph(s)
  **Work made for hire:** Yes
  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Affordable Aerial Photography Inc.
1123 Melinda Lane, Haverhill, FL, 33417, United States

## Rights and Permissions
**Organization Name:** Schneider Rothman Intellectual Property Law Group PLLC
**Name:** Joel B. Rothman
**Email:** joel.rothman@sriplaw.com       **Telephone:** 561-404-4350
**Address:** 5295 Town Center Rd, Suite 202
Boca Raton, FL 33486

## Certification
**Name:** Robert Stevens
**Date:** March 13, 2013
**Applicant's Tracking Number:** 00022



Page 1 of 1

EXHIBIT "B"

Page 1
Pure Tax Resolution | IRS Tax Help of West Palm Beach, Florida
https://westpalmbeach-fl.puretaxhelp.com/

  

Home     Tax Resolution Services     About Us     Meet Our Team

## Tax Resolution Services for West Palm Beach, FL Taxpayers



### A message from Tim Halcomb, Founder of West Palm Beach Pure Tax...

*"Taxpayers in West Palm Beach, Florida struggling with IRS back tax debt need a tax resolution service that is professional, with top-notch customer service. As President of W.P.B. Pure Tax, I invite you to contact us today so we can provide you with the tax resolution services you need. We have a knowledgeable team of licensed tax attorneys that represent you in confidentiality, to negotiate with IRS, giving you the peace of mind knowing your IRS tax debt will be settled professionally. Call us today at (561) 293-2577 to get a tax consultation, 100% free of charge."*

### Help for IRS Back Taxes

Taxpayers of West Palm Beach experiencing IRS back tax debt are in good hands. Our IRS back tax attorneys negotiate with the IRS on your behalf to settle back taxes for good. Read More

### Tax Debt Attorneys

Our in-house tax attorneys negotiate with the IRS to advocate tax debt resolution in your favor. Whether an individual or business, our tax attorneys are on your side. Read More

### Stop Wage Garnishment

IRS wage garnishment and bank levies can be stopped. If you are facing a wage garnishment, our wage garnishment lawyers can stop a wage garnishment within 24 hours. Read More

### Business Tax Help

West Palm Beach business owners facing payroll tax, overstated deductions, or worker classification errors are in good hands. Our tax attorneys can settle business tax debt. Read More

### Get Tax Relief Today

We are available 7 days / week for your tax resolution needs. **Schedule a free appointment today!**

Name *

Phone

Email

How can we help? *

Send

Powered by ChronoForms - ChronoEngine.com

### Pure Tax Links

Home

### IRS Tax Resolution Services for West Palm Beach Taxpayers - Available 7 Days A Week

From the glorious swamp lands to the miles of beaches, Florida is arguably one of the most beautiful states in the USA. Unfortunately, for many Florida taxpayers facing IRS back tax problems it can be tough to find peace in this serene state. If you are like many West Palm Beach-area individual or business owners struggling with IRS back tax debt, professional tax debt resolution is just a phone call away! Offering 24/7 tax resolution strategies:

- Professional relief for IRS back taxes
- Dedicated tax debt attorneys
- IRS wage garnishment and bank levy help
- IRS audit defense
- Tax accounting services
- Business tax debt help for business owners
- IRS penalty abatement (tax penalty relief)

**Tax Help You Can Trust, Right Here in West Palm Beach!**

Captured by FireShot Pro: 13 September 2021, 21:04:23
https://getfireshot.com

Page 2
Pure Tax Resolution | IRS Tax Help of West Palm Beach, Florida
https://westpalmbeach-fl.puretaxhelp.com/

- Tax Resolution Services
- About Us
- Meet Our Team

### Areas We Serve

West Palm Beach FL
Palm Beach FL
Riviera Beach FL
Lake Worth FL
Boynton Beach FL
Palm Beach Gardens FL
Loxahatchee FL
Royal Palm Beach FL
Wellington FL

### Our Location

500 Australian Avenue South
Suite 600

West Palm Beach FL 33401

### Make A Payment

Click below to pay your balance via Paypal, or credit card



Stress and frustration comes hand-in-hand when coping with IRS back tax problems. The good news? Finding reliable IRS back tax help in West Palm Beach is a thing of the past. There are many national and faceless IRS tax resolution companies to choose from, but none can offer the professional and customer-driven tax debt help we provide to West Palm Beach taxpayers. Unlike other tax help firms, we take pride in working with those in need of professional tax debt resolution. We are nationally respected for our fair quotes, personalized services, and ability to connect with our clients.

### Dedicated Tax Debt Attorneys

Founded by certified IRS tax attorneys, our tax resolution team represents clients nationwide and works hard to permanently settle IRS back tax debt. By speaking with one of our tax attorneys, you will gain peace of mind knowing that a professional advocate is on your side to negotiate with the IRS. We are dedicated to resolving your IRS back tax problems and are prepared to start working on your case immediately.

We are available 7 days a week. Contact us today for a FREE consultation with a tax debt attorney (561) 293-2577.



*The Pure Tax Resolution team*

### Other Pure Tax Locations

Pure Tax Resolution of Houston
Pure Tax Resolution of Indianapolis
Pure Tax Resolution of Michigan
Pure Tax Resolution of Minneapolis
Pure Tax Resolution of Phoenix
Pure Tax Resolution of Raleigh
Pure Tax Resolution of Tampa
Pure Tax Resolution of San Antonio
Pure Tax Resolution of Dallas

### We Value Your Feedback!



Review Us On Google!



A Professional Nonprofit Association

Copyright © 2016 West Palm Beach Pure Tax Resolution All Rights Reserved. Privacy Policy

side by side photo comparisons

original photo

crop

copyright management information

crop

crop

**Get Tax Relief Today**

We are available 7 days / week for your tax resolution needs. Schedule a free appointment today!

Name *

Phone

Email

How can we help? *

Send

Powered by ChronoForms - ChronoEngine.com

**Pure Tax Links**

- Tax Resolution Service:
- About Us

Home

*West Palm Beach*

**PURETAX**

Tax help you can trust!

**Tax Help for Individuals and Businesses**

### IRS Tax Resolution Services for West Palm Beach Taxpayers - Available 7 Days A Week

From the glorious swamp lands to the miles of beaches, Florida is arguably one of the most beautiful states in the USA. Unfortunately, for many Florida taxpayers facing IRS back tax problems it can be tough to find peace in this serene state. If you are like many West Palm Beach-area individual or business owners struggling with IRS back tax debt, professional tax debt resolution is just a phone call away! Offering 24/7 tax resolution strategies:

- Professional relief for IRS back taxes
- Dedicated tax debt attorneys
- IRS wage garnishment and bank levy help
- IRS audit defense
- Tax accounting services
- Business tax debt help for business owners
- IRS penalty abatement (tax penalty relief)

### Tax Help You Can Trust, Right Here in West Palm Beach!

Stress and frustration comes hand-in-hand when coping with IRS back tax problems. The good news? Finding reliable IRS back tax help in West Palm Beach is a thing of the past. There are many national and faceless IRS tax resolution companies to choose from, but none can offer the professional and customer-driven tax debt help we provide to West Palm Beach taxpayers. Unlike other tax help firms, we take pride in working with those in need of professional tax debt resolution. We are nationally respected for our fair quotes, personalized services, and ability to connect with our clients.